# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                        CASE NO. 12 B 15629
                                              CHAPTER 13
MICHAEL GREEN
TANYA GREEN                                   JUDGE JACQUELINE P COX

        DEBTORS                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  <u>CARRINGTON MORGAGE SERV</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 19 | 3 | XXXXXX1660 | $6,605.02 | $6,605.02 | $6,605.02 |
| Total Amount Paid by Trustee | | | | | $6,605.02 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12-15629-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 1st day of March, 2018.

Debtor:
MICHAEL GREEN
TANYA GREEN
17736 CHESTNUT AVE
COUNTRY CLUB HILLS, IL 60478

Attorney:
THE SEMRAD LAW FIRM LLC
20 S CLARK ST 28TH FLR
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
CARRINGTON MORGAGE SERV
PO BOX 3730
ANAHEIM, CA 92806

Mortgage Creditor:
BANK OF AMERICA
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Mortgage Creditor:
BANK OF AMERICA
450 AMERICAN ST
SIMI VALLEY, CA 93065

Creditor:
CARRINGTON MORTGAGE
SERVICES LLC
1600 SOUTH DOUGLASS RD
ANAHEIM, CA 92806

Mortgage Creditor:
PROBER & RAPHAEL
20750 VENTURA BLVD #100
WOODLAND HILLS, CA 91364

ELECTRONIC SERVICE - United States Trustee

Date: March 01, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603